**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-1430**

---

MARLA F. CRAWFORD,

        Plaintiff - Appellant,

     v.

PRINCE GEORGE'S COUNTY BOARD OF EDUCATION,

        Defendant - Appellee.

---

Appeal from the United States District Court for the District of Maryland, at Greenbelt. James K. Bredar, Chief District Judge.  (8:20-cv-00048-JKB)

---

Submitted:  September 28, 2023            Decided:  October 2, 2023

---

Before NIEMEYER, THACKER, and RUSHING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Marla Crawford, Appellant Pro Se.  Edmund J. O'Meally, PESSIN KATZ LAW, P.A., Towson, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marla F. Crawford appeals the district court's order denying her summary judgment motion and granting Defendant summary judgment in Crawford's employment discrimination action. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b); *Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). We have reviewed the record in conjunction with the arguments Crawford raises on appeal and discern no reversible error. Accordingly, we affirm the district court's order. *Crawford v. Prince George's Cnty. Bd. of Educ.*, No. 8:20-cv-00048-JKB (D. Md. filed Mar. 21, 2023 & entered Mar. 22, 2023). We deny all pending motions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
